

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00414-CV

Jose "Joe" **HINOJOSA**,
Appellant

v.

**FIREFIGHTERS & POLICE OFFICERS' CIVIL SERVICE COMMISSION OF THE CITY OF LAREDO, TEXAS**; Irma Mireles, Vidal Cantu, Jr. & Jesus Torres,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVZ-000338-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

The clerk's record is due September 7, 2015.[1]  On September 1, 2015 the clerk filed a notification of late record stating the clerk's record will not be filed on the due date because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We **ORDER** appellant to provide written proof to this court on or before **September 18, 2015** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee.  *See* TEX. R. APP. P. 20.1, 35.3(a).  If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution.  *See id.* R. 37.3(b).

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and any court reporter.

---

[1] The clerk's record will actually be due September 8, 2015, because Monday, September 7, 2015, is Labor Day, a holiday.  *See* TEX. R. APP. P. 4.1(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.



_____
Keith E. Hottle
Clerk of Court